834

No. 77–1787.   GIACALONE v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 77–1789.   SATTERWHITE v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 77–1791.   BARDWELL ET AL. v. SPRING WOODS BANK. C. A. 5th Cir.   Certiorari denied.

No. 77–1793.   CITY OF WARREN ET AL. v. KELLY ET AL. C. A. 6th Cir.   Certiorari denied.

No. 77–1795.   SVENSKA ORIENT LINEN v. TEN.   C. A. 2d Cir.   Certiorari denied.

No. 77–1796.   METRO CLUB, INC. v. METRO PASSBOOK, INC., ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 77–1797.   DICARLO ET AL. v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 77–1798.   PORTER COUNTY CHAPTER OF THE IZAAK WALTON LEAGUE OF AMERICA, INC:, ET AL. v. COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 77–1799.   UNITED FEDERATION OF TEACHERS WELFARE FUND v. STATE HUMAN RIGHTS APPEAL BOARD ET AL.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 77–1800.   SUPERIOR OIL CO. v. FEDERAL ENERGY REGULATORY COMMISSION.   C. A. 5th Cir.   Certiorari denied.

No. 77–1801.   RITTER v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.